

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

Nos. 04-19-00377-CR & 04-19-00378-CR

Joshua **PIEPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018CR2080 & 2018CR2081
Honorable Jefferson Moore, Judge Presiding

# O R D E R

On January 31, 2020, appellant filed a Motion to Amend Appellant's Brief. Appellant's motion is GRANTED.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court